IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA M. ROMERO,
        Plaintiff,

v.                                        No. CV-11-0711 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff Tahsa M. Romero's *Motion for Order Granting Application to Proceed In Forma Pauperis and Directing Service* pursuant to 28 U.S.C. § 1915. (Doc. 4.) The Court has carefully reviewed Plaintiff's motion and finds that it is well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint upon the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE