### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**TASHA M. ROMERO,**

   **Plaintiff,**

**vs.**                                                                         **No. CV 11-711 CG**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

   **Defendant.**

### ORDER EXTENDING BRIEFING DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for an

Extension of Time of the briefing deadlines (Doc. 21), Defendant having no objection, the Court

being fully advised FINDS that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than

January 12, 2012; Defendant's responsive memorandum shall be filed no later than March 12, 2012,

and Plaintiff shall file the reply and the Notice of Completion of Briefing no later than March 26,

2012.

IT IS FURTHER ORDERED that all supporting memoranda shall cite the transcript of

record in support of assertions of fact and shall cite authority in support of propositions of law.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

 *s/ Francesca J. MacDowell*
Francesca J. MacDowell
Attorney for Plaintiff

Approved by: _____
Manuel Lucero
Ass't United States Attorney for Defendant