IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA M. ROMERO,
          Plaintiff,

v.                                                                                   No. CV-11-0711 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 27), entered concurrently herewith, the Court enters Judgment pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Remand Pursuant to Sentence 6 of 42 U.S.C. § 405(g) or in the alternative, Motion to Reverse and Remand for a Rehearing With Supporting Memorandum*, (Doc. 23), and **REMANDING** this case to the Commissioner for Social Security for further proceedings consistent with the *Memorandum Opinion and Order*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE