**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TASHA M. ROMERO,
           Plaintiff,

v.                                    No. CV-11-0711 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

## ORDER GRANTING EAJA FEES

      **THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Pursuant to Equal Access to Justice Act* (Doc. 29) and its accompanying attorney affidavit (Doc. 29-1). Defendant filed his response and does not oppose the Motion. (Doc. 30 at 1-2).

      **IT IS THEREFORE ORDERED** that *Motion for Attorney Fees Pursuant to Equal Access to Justice Act* (Doc. 29) is **GRANTED** and that Plaintiff Tasha M. Romero[1] is authorized to receive **$4,934.35** in fees for payment to her attorney for services before this Court.[2]

                                                        _____
                                            THE HONORABLE CARMEN E. GARZA
                                            UNITED STATES MAGISTRATE JUDGE

---

     [1] *See Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) (requiring EAJA fees to be paid to the claimant).

     [2] In the future, if Ms. Romero's counsel is also awarded attorney fees pursuant to 42 U.S.C. § 406(b), she shall refund the smaller award to Ms. Romero pursuant to *Gisbrecht v. Barnhart.* 535 U.S. 789, 796 (2002) ("Fee awards may be made under both [EAJA and § 406(b)], but the claimant's attorney must refund to the claimant the amount of the smaller fee." (internal quotation marks and alteration omitted)).